No. 612, Misc. WASHINGTON v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Peter Murray* and *Richard Newman* for petitioner.

No. 61, Misc. EDWARDS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Roger E. Venturi,* Deputy Attorney General, for respondent.

No. 64, Misc. SMITH v. MISSOURI. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Irl B. Baris* for petitioner. *Norman H. Anderson,* Attorney General of Missouri, and *Howard L. McFadden* and *Richard E. Dorr,* Assistant Attorneys General, for respondent.

No. 98, Misc. BANKS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *S. R. Zimmerman III* for petitioner. *Clarence C. Newcomer* for respondent.

No. 306, Misc. HASHFIELD v. CIRCUIT COURT OF MONROE COUNTY ET AL. Sup. Ct. Ind. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Ferdinand Samper* for petitioner. *John J. Dillon,* Attorney General of Indiana, *Douglas B. McFadden,* Assistant Attorney General, and *Duejean C. Garrett,* Deputy Attorney General, for respondents.